**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALMA VARGAS,<br><br>         Plaintiff<br><br>v.<br><br>OTIS WORLDWIDE CORPORATION,<br><br>         Defendant | Case No.: 2:24-cv-01148-APG-BNW<br><br>**Order Remanding Case for Lack of Subject Matter Jurisdiction** |

    Defendant Otis Worldwide Corporation removed this action based on diversity jurisdiction. ECF No. 1.  I ordered Otis to show cause why the case should not be dismissed for lack of subject matter jurisdiction because there was insufficient evidence that the amount in controversy exceeds $75,000. ECF No. 5.  Otis responded by pointing to the request for exemption from arbitration that Vargas filed in the state court action in which she identified $23,267.69 in medical treatment with an additional unidentified amount for two rounds of injections. ECF No. 11-1 at 4.  It also notes that Vargas filed a worker's compensation claim. ECF No. 11-2.  Otis also argues that Vargas is seeking potential future care, past and future loss of earnings, punitive damages, and attorney's fees.  However, the lack of specified amounts of damages beyond the $23,267.69 in medical bills is an insufficient basis to show that the amount in controversy exceeds $75,000.

    I THEREFORE ORDER that the case is remanded to the state court from which it was removed for all further proceedings.  The clerk of the court is instructed to close this case.

    DATED this 16th day of July, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE